IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:08-CR-00120-01-BRW

MORRIS CAMPBELL

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 31). The Clerk's office is directed to issue a summons for the defendant, Morris Campbell, and a Hearing on the Motion is set for Thursday, November 14, 2013, at 10:30 a.m., before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, **Courtroom #389**, Little Rock, Arkansas.

Kim Driggers, Assistant Federal Public Defender, is appointed to represent Mr. Campbell.

IT IS SO ORDERED this 4th day of October, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE