IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

4:08-CR-00120-01-BRW

VS.

MORRIS CAMPBELL

## ORDER

Pending before this Court is the Unopposed Motion to Continue Revocation Hearing (Doc. No. 34) filed by Morris Campbell. After a review of the Motion, the Court finds that the Motion should be, GRANTED. The revocation hearing currently set for Mr. Brown on the Court's calendar for Thursday, November 14, 2013, is cancelled and will be rescheduled for Friday, November 22, 2013 at 9:30 AM, in Courtroom #389.

IT IS SO ORDERED this 13th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE