IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.	4:08-CR-00120-BRW

MORRIS CAMPBELL

## ORDER

The Prosecution's Motion to Dismiss Revocation Petition (Doc. No. 39) is GRANTED.

Accordingly, the hearing set for January 30, 2014, is cancelled, and the Revocation Petition is DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE